# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYS GROUP CORP., <br><br> Plaintiff, <br><br> v. <br><br> ANTHROPOLOGIE, INC.; *et al*., <br><br> Defendants. | Case No.: CV17-02020-BRO-RAO <br> <u>Honorable Beverly Reid O'Connell Presiding</u> <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

# ORDER

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is to be dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);
2. The parties will each bear their respective costs and attorneys' fees as incurred solely against one another in connection with this action; and
3. This Court will retain jurisdiction over this matter to enforce the terms of the settlement agreement.

IT IS SO ORDERED.

DATED: June 29, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge